**STATE of Missouri, Respondent,**

v.

**Calvin A. BOSWELL, Appellant.**

**No. WD 74076.**

Missouri Court of Appeals, Western District.

April 9, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2013.

Application for Transfer Denied Aug. 13, 2013.

---

Rosemary E. Percival, Kansas City, for Appellant.

Karen L. Kramer, Jefferson City, for Respondent.

Before Division Four: JOSEPH M. ELLIS, Presiding Judge, GARY D. WITT, Judge and ZEL FISCHER, Special Judge.

## ORDER

PER CURIAM:

Calvin A. Boswell appeals from his convictions of one count of murder in the first degree, one count of murder in the second degree, one count of assault in the first degree, one count of unlawful use of a weapon, and four counts of armed criminal action. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**